Below is a Judgment of the Court. If the judgment is for money, the applicable judgment interest rate is: As stipulated below.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Lynn Maud Paolo,<br><br>        Debtor. | Case No. 16-62299-rld7<br><br>Adv. Proc. No. 16-06121-rld<br><br>STIPULATED JUDGMENT OF NONDISCHARGEABILITY (Oregon Community Credit Union) |
| Oregon Community Credit Union,<br><br>        Plaintiff.<br><br>        v.<br><br>Lynn Maud Paolo,<br><br>        Defendant. | |

    Based upon the stipulation of Oregon Community Credit Union ("Plaintiff"), through its counsel, and Lynn Maud Paolo, ("Defendant"), through her counsel, which is set forth below, it is hereby

**PAGE 1 OF 3 – STIPULATED JUDGMENT OF NONDISCHARGEABILITY (Oregon Community Credit Union)**

MONSON LAW OFFICE P.C.
1865 NW 169th Place, Suite 208
Beaverton, OR 97006
Telephone: 503-828-1820
Facsimile: 503-828-1893

**ADJUDGED:**

1. Plaintiff is hereby awarded a money judgment against Defendant in the amount of $7,000.00 with interest accruing thereon at the rate of 2.49 percent per annum; and

2. The money judgment awarded in favor of Plaintiff and against Defendant in this case is hereby declared nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

MONEY AWARD

| | |
|---|---|
| JUDGMENT CREDITOR: | Oregon Community Credit Union<br>PO Box 77002<br>Springfield, OR 97475 |
| ATTORNEY FOR JUDGMENT CREDITOR: | Miles D. Monson<br>Monson Law Office P.C.<br>1865 NW 169th Place, Suite 208<br>Beaverton, OR 97006 |
| JUDGMENT DEBTOR: | Lynn Maud Paolo<br>P.O 1186<br>Willamina, OR 97396 |
| AMOUNT OF JUDGMENT: | $7,000.00 |
| PRE-JUDGMENT INTEREST: | $0.00 |
| POST-JUDGMENT INTEREST: | Simple interest on $7,000.00 at the rate of 2.49 percent per annum from the date of entry of judgment |

3. The parties agree and so stipulate that Defendant shall pay monthly installments of $125.00 to Plaintiff until the judgment balance is paid in full. In the event the monthly

///

///

///

PAGE 2 OF 3 – STIPULATED JUDGMENT OF NONDISCHARGEABILITY (Oregon Community Credit Union)

MONSON LAW OFFICE P.C.
1865 NW 169th Place, Suite 208
Beaverton, OR 97006
Telephone: 503-828-1820
Facsimile: 503-828-1893

Case 16-06121-rld   Doc 3   Filed 11/29/16

installment payments are not made by Defendant, Plaintiff may exercise all legal rights and remedies and proceed against Defendant to collect the judgment.

###

Plaintiff and Defendant hereby stipulate to the entry of judgment as set forth above.

**IT IS SO STIPULATED:**

SHAWN SORNSON, ATTORNEY AT LAW

By: /s/ Shawn Sornson
Shawn Sornson, OSB No. 914381
Attorney for Lynn Maud Paolo


MONSON LAW OFFICE P.C.

By: /s/ Miles D. Monson
Miles D. Monson, OSB No. 950981
Attorneys for Oregon Community Credit Union

**PRESENTED BY:**

MONSON LAW OFFICE P.C.

By: /s/ Miles D. Monson
Miles D. Monson, OSB No. 950981
Attorneys for Oregon Community Credit Union

**PAGE 3 OF 3** – STIPULATED JUDGMENT OF NONDISCHARGEABILITY (Oregon Community Credit Union)

MONSON LAW OFFICE P.C.
1865 NW 169th Place, Suite 208
Beaverton, OR 97006
Telephone: 503-828-1820
Facsimile: 503-828-1893

Case 16-06121-rld    Doc 3    Filed 11/29/16